| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ANDRAS FARKAS, Bar #254302 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>GABRIEL RUDY GONZALES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 6:13-mj-0013 MJS |
| | ) | |
| *Plaintiff,* | ) | **STIPULATION TO CONTINUE STATUS** |
| | ) | **CONFERENCE HEARING; ORDER** |
| v. | ) | |
| | ) | Date: September 10, 2013 |
| GABRIEL RUDY GONZALES, | ) | Time: 10:00 A.M. |
| | ) | Magistrate Judge: Michael J. Seng |
| *Defendant.* | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now set for June 18, 2013, **may be continued to September 10, 2013, at 10:00 A.M.**

This continuance is requested in order to allow additional time to explore an alternate resolution in this matter. The requested continuance will conserve time and resources for both counsel and the court. Acting Legal Officer Matthew McNease has no objection to this request.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial, including, but not limited to, the need for the period of time set forth herein for effective defense preparation and continuing plea negotiation purposes.

///

///

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: June 10, 2013 /s/ Matthew McNease
MATTHEW McNEASE
Acting Legal Officer
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: June 10, 2013 /s/ Andras Farkas
ANDRAS FARKAS
Assistant Federal Defender
Attorney for Defendant
Gabriel Rudy Gonzales

**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause.


IT IS SO ORDERED.

Dated: June 11, 2013 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE