# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. __6:13-MJ-13 MJS__

U.S.A.
v.

GABRIEL RUDY GONZALES

**ORDER TO PAY**

(this area intentionally left blank)

___

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) **FINE** of $ __240.00__     (✓) **Penalty ASSESSMENT** of $ __10.00__

( ) **PROCESSING Fee** of $ _____     for a **TOTAL AMOUNT** of $ __250.00__ ,

paid within __10 months__ days / months **OR** payments of $ __25.00__ per month, commencing

__10/31/2013__ and due on the _____ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B.**.

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
(✓) PROBATION to be unsupervised / supervised for: __Count 2: 12 months of unsupervised probation.__
Obey all laws and refrain from alcohol,.illicit drugs, and medical marijuana. Defendant is to attend two AA meetings a week for the next 12 months. Appeal rights waived.  Count 1 is dismissed.

___

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

☐ CENTRAL VIOLATIONS BUREAU
P.O. Box 71363
Philadelphia, PA  19176-1363
1-800-827-2982

☐ CLERK, U.S.D.C.
501 'I' St., #4-200
Sacramento, CA 95814

✓ CLERK, U.S.D.C.
2500 Tulare St., Rm 1501
Fresno, CA 93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: __10/4/2014__         __Michelle Means Rooney__
for: U.S. Magistrate Judge Michael J. Seng

EDCA - Rev 4/2007